United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Clemente Benjamin Gonzalez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5298 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DISMISSING PETITION**

Before the Court is Respondents' Motion to Dismiss Petition for a Writ of *Habeas Corpus* as Moot, Doc. 8, to which Petitioner responds in opposition, Doc. 9. Respondents indicate that Petitioner has been removed from the United States to Guatemala and move the Court to dismiss the Petition for lack of subject matter jurisdiction. Doc. 8. Petitioner contends that the Court maintains jurisdiction to order Respondents to return Petitioner to the United States. *See* Doc. 9.

Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1; *see also* 28 U.S.C. § 2241(c) ("The writ of habeas corpus shall not extend to a prisoner unless . . . [h]e is *in custody* in violation of the Constitution or laws or treaties of the United States." (emphasis added)). Therefore, Respondents' Motion to Dismiss is GRANTED, and the Petition is DISMISSED AS MOOT.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 28th of September, 2026.

Nicholas J. Ganjei
United States District Judge